# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Dancks, Therese W. | 2. Court or Organization<br><br>NDNY District Court - Syracuse | 3. Date of Report<br><br>06/01/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

100 Clinton Street
Syracuse, NY 13261

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Volunteer Lawyers Project, Inc. |
| 2.   Board Member | Le Moyne College Board Of Regents |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 06/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 06/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dancks, Therese W.** | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Key Bank Account | A | Interest | J | T | | | | | |
| 2. Community Bank F/K/A Oneida Savings Account 1 | A | Interest | J | T | | | | | |
| 3. Fidelity Investments | | | | | | | | | |
| 4. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 5. Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 6. Fidelity Short Term Bond | B | Dividend | L | T | Buy (add'l) | 10/24/19 | J | | |
| 7. First TR Exchange Traded FD II | A | Dividend | K | T | | | | | |
| 8. First Trust Portfolios Large Cap Growth | A | Dividend | J | T | | | | | |
| 9. General Electric Co | A | Dividend | K | T | | | | | |
| 10. Hartford Schroders Intl Stock Cl I | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 11. IShares IBonds Dec 2021 | A | Dividend | K | T | | | | | |
| 12. IShares IBonds Dec 2022 | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 13. IShares MSCI Pacific Japan ETF | A | Dividend | K | T | | | | | |
| 14. IShares Nasdaq Biotechnology | A | Dividend | K | T | | | | | |
| 15. IShares New York Muni Bond ETF F/K/A IShares New York ATM-F | A | Dividend | K | T | | | | | |
| 16. IShares S&P Mid Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 17. IShares S&P Mid Cap 400 Value ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dancks, Therese W.** | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   IShares TR FLTG Rate NT ETF | A | Dividend | K | T | Buy | 01/08/19 | K | | |
| 19.   IShares Trust Core Divid Growth | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 20.   Regeneron Pharmaceuticals | | None | K | T | | | | | |
| 21.   SPDR Dow Jones Avg ETF TR Unit Ser I | A | Dividend | J | T | | | | | |
| 22.   SPDR Ser TR DJ Wilshire REIT ETF | A | Dividend | J | T | | | | | |
| 23.   Vanguard Index FDS Vanguard Small Cap VBK | A | Dividend | J | T | | | | | |
| 24.   Vanguard Index FDS Vanguard Small Cap VBR | A | Dividend | J | T | | | | | |
| 25.   Vanguard Intl Equity Index Fund Inc FTSE VWO | B | Dividend | L | T | | | | | |
| 26.   Vanguard Intl Equity Index Fund Inc FTSE PAC VPL | B | Dividend | L | T | | | | | |
| 27.   Vanguard Intl Equity Index Fds VGK | A | Dividend | J | T | | | | | |
| 28.   U.S. Savings Bonds | | None | J | T | | | | | |
| 29.   Fidelity IRA: | | | | | | | | | |
| 30.   Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 31.   First Tr Large Cap Value Opportunities | A | Dividend | K | T | | | | | |
| 32.   First Trust Portfolios Large Cap Growth | A | Dividend | L | T | | | | | |
| 33.   Global X Funds Global X MSCI Greece | A | Dividend | J | T | | | | | |
| 34.   IShares MSCI Australia ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dancks, Therese W.** | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares MSCI Brazil ETF | A | Dividend | K | T | | | | | |
| 36. IShares Tips Bonds ETF | A | Dividend | | | Sold | 10/25/19 | K | | |
| 37. IShares IBonds Dec 2021 | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 38. IShares MSCI Emerging Markets ETF | A | Dividend | K | T | | | | | |
| 39. IShares Latin America 40 ETF | B | Dividend | L | T | | | | | |
| 40. IShares S&P MId Cap 400 Growth ETF | A | Dividend | L | T | | | | | |
| 41. IShares S&P Mid Cap 400 Valure ETF | B | Dividend | L | T | | | | | |
| 42. IShares US Financials ETF | A | Dividend | K | T | | | | | |
| 43. IShares IBoxx High Yield Corporate Bond | C | Dividend | L | T | | | | | |
| 44. IShares US Preferred Stock ETF | A | Dividend | | | Sold | 10/25/19 | J | | |
| 45. IShares TR MSCI UK ETF\\ | A | Dividend | J | T | | | | | |
| 46. IShares Trust Core Dividend Growth | A | Dividend | K | T | Buy | 10/25/19 | K | | |
| 47. SPDR Ser TR Bloomberg BRCLYS | B | Dividend | K | T | | | | | |
| 48. SPDR Ser TR Db Intl Govt Inflation | A | Dividend | | | Sold | 10/25/19 | K | | |
| 49. SPDR Ser TR DJ Wilshire REIT ETF | A | Dividend | K | T | | | | | |
| 50. Hartford Schroders Intl Stock Cl 1 | A | Dividend | K | T | Buy | 10/24/19 | J | | |
| 51. Lord Abbett Short Duration Inome CL G | A | Dividend | J | T | Buy | 10/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dancks, Therese W.** | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lord Abbett HIgh Yield FD CL F | A | Dividend | L | T | Buy | 10/24/19 | K | | |
| 53. Transamerica Floating Rate CL I | A | Dividend | J | T | | | | | |
| 54. Vanguard Index Fds Vanguard Small Cap Value | B | Dividend | L | T | | | | | |
| 55. Vanguard Index Fds Vanguard Small Cap Growth | A | Dividend | L | T | Sold (part) | 10/25/19 | K | D | |
| 56. Vanguard Index Fds Vanguard Growth | A | Dividend | K | T | | | | | |
| 57. Vanguard Index Fds Vanguard Value Vipers | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 06/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Therese W. Dancks**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544